# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURICE K. ZINIS,             ) | Civil No. 2:11-cv-15471-RHC-RSW | |
|     Plaintiff,           ) | | |
| ) | HONORABLE ROBERT H. CLELAND | |
| vs.                           ) | UNITED STATES DISTRICT JUDGE | |
| ) | | |
| MICHAEL J. ASTRUE,             ) | HONORABLE R. STEVEN WHALEN | |
| COMMISSIONER OF                ) | UNITED STATES MAGISTRATE JUDGE | |
| SOCIAL SECURITY,               ) | | |
|     Defendant.          ) | | |

## O R D E R

This matter comes before the Court on the parties' Agreed Petition to an Award of Attorney Fees Under the Equal Access to Justice Act.

And the Court, having read the Agreed Petition and being duly advised now GRANTS said request, and hereby GRANTS the Agreed Petition to An Award of Attorney Fees under the Equal Access to Justice Act and ORDERS that Plaintiff be awarded attorney fees and expenses in the total amount of $4,000.00 under the EAJA, 28 U.S.C. § 2412(d). This award with satisfy all Plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.


    S/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated:  October 29, 2012


I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 29, 2012, by electronic and/or ordinary mail.


    S/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522